UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY DARIA,<br>Plaintiff,<br>v.<br>NORTHERN DISTRICT OF CALIFORNIA,<br>Defendant. | Case No. 26-mc-80043-RFL<br>**ORDER DENYING REQUEST FOR CLARIFICATION**<br>Re: Dkt. No. 17 |

Before the Court is Plaintiff Haley Daria's request for clarification of the Court's order dismissing her case. (*See* Dkt. No. 17; *see also* Dkt. No. 16.) The request for clarification is **DENIED** because the Court's order explained the basis for its conclusion and addressed the issues Daria seeks to have clarified.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge